JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E! ENTERTAINMENT TELEVISION, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>LOUIE DE FILIPPIS, an individual, a/k/a "LOUIE D," and CENTRAL IMAGE AGENCY INC., a Canadian corporation, f/k/a Intrepid Pictures Inc. and d/b/a LDP IMAGES, ENEWSBUZZ and E NEWS BUZZ,<br><br><br>        Defendants. | Civil Action No. CV08-04355-ODW (JTLx)<br><br><br>[PROPOSED] ORDER FOR ENTRY OF CONSENT PERMANENT INJUNCTION AND DISMISSAL PURSUANT TO STIPULATION |

1  **[PROPOSED] ORDER**

2      Pursuant to stipulation of the parties, it is hereby ordered that the Consent

3  Permanent Injunction is entered, and this case is dismissed, with prejudice, with the

4  Court retaining jurisdiction to enforce compliance with the Consent Permanent

5  Injunction.

6

7      IT IS SO ORDERED this 24 day of September, 2008.

8

9

10                                    HONORABLE OTIS D. Wright II
                                      United States District Court Judge
11                                    United States District Court
                                      Central District of California
12

13  Respectfully submitted by:

14

15

16  /s/ Andres Quintana

17  Andres F. Quintana, Esq. (SBN 190525)
    John M. Houkom, Esq. (SBN 241404)
18  **QUINTANA LAW GROUP**
    A Professional Law Corporation
19  Warner Center Tower
    21650 Oxnard Street, Suite 700
20  Woodland Hills, California 91367
    Telephone: (818) 914-2100
21  Facsimile: (818) 914-2101
    Email: andres@qlglaw.com
22          john@qlglaw.com

23  Attorneys for Defendants LOUIE DEFILIPPIS,
    an individual, and CENTRAL IMAGE AGENCY INC.,
24  a Canadian corporation

25

26

27

28